# United States District Court
# For The Western District of North Carolina
# Asheville Division

Thalia D. Cooper, et al.,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

1:11cv102

Lisa Johnson, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2012 Order.

Signed: January 23, 2012

Frank G. Johns, Clerk
United States District Court