# United States District Court
# For The Western District of North Carolina
# Asheville Division

THALIA D. COOPER, et al.,

    Plaintiffs,

vs.

LISA JOHNSON, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

1:11cv102

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/03/2012 Order.

Signed: July 3, 2012

_____
Frank G. Johns, Clerk
United States District Court