# United States District Court
# For The Western District of North Carolina
# Asheville Division

THALIA D. COOPER, et al.,

    Plaintiffs,           JUDGMENT IN A CIVIL CASE

vs.                            1:11cv102

LISA JOHNSON, et al.,

    Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/03/2012 Order.

Signed: July 3, 2012

_____
Frank G. Johns, Clerk
United States District Court